UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHGATE MASTER FUND, LLC, by and through MONTGOMERY CAPITAL ADVISORS, LLC, its Tax Matters Partner,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | §§§§§§§§§§§§§ | Case No.: 3:06-CV-2335-K<br><br>Honorable Ed Kinkeade |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING THE USE OF CONFIDENTIAL MATERIALS AT TRIAL**

  Pursuant to FED. R. CIV. P. 26(c)(1)(G), Plaintiff Southgate Master Fund, LLC and Defendant the United States of America (collectively the "Parties") respectfully request that the Court enter the attached proposed Protective Order Governing the Use of Confidential Materials at Trial (the "Protective Order"). In support of this Motion, the Parties show the Court as follows:

  1. On November 1, 2007, the Parties entered into a Confidentiality Stipulation (the "Confidentiality Stipulation") governing discovery of confidential documents, which is attached as Exhibit A to the Protective Order.

  2. The Parties have marked eleven confidential documents for use as exhibits at trial. Plaintiff has listed five confidential documents on its exhibit list, which are joint exhibits, and Defendant has listed an additional six, for a total of eleven. *See* GE100, GE 102, GE104 through GE112.

3. Plaintiff has designated portions of the deposition of Mary Margaret Curl for use at trial, and Defendant has designated portions of Thomas Montgomery's deposition for use at trial. Plaintiff has designated portions of both depositions as confidential.

4. In addition, certain portions of the Joint Report of Theodore Barnhill and Jaiwen Yang ("the Joint Report"), marked as GE641, contain confidential information.

5. The Parties agree that good cause for this Protective Order exists because the exhibits, deposition designations, and the Joint Report reveal (a) Beal Bank's policies and procedures; (b) its corporate books and records; and (c) the details of certain transactions unrelated to this litigation, all of which constitute confidential and proprietary information that is not properly within the public domain.

6. The Parties anticipate that certain aspects of the trial testimony will require disclosures of confidential information.

7. The procedures reflected in the Protective Order adequately balance the interests of the Court, the parties, and the public, providing a mechanism to ensure that certain confidential information remains confidential while permitting the Court to consider the evidence and allowing the public access to the trial proceedings.

8. The Government has agreed to withdraw the United States' Motion for Partial Relief from the Confidentiality Stipulation with Beal Bank (docket no. 106) without prejudice to re-filing should the Court deny the relief requested in this Motion.

For the reasons set forth above, the Parties respectfully request that the Court enter the Protective Order. The Parties request all such further relief to which they may be entitled.

Respectfully submitted,

| | |
|---|---|
| /s/ M. Todd Welty | /s/ Richard G. Jacobus |
| M. Todd Welty | Richard G. Jacobus |
| State Bar No. 00788642 | Senior Litigation Counsel |
| Sonnenschein Nath & Rosenthal LLP | United States Department of Justice |
| 2000 McKinney Ave., Suite 1900 | Tax Division |
| Dallas, Texas 75201 | P.O. Box 403 |
| Telephone: (214) 259-0953 | Ben Franklin Station |
| Facsimile: (214) 259-0910 | Washington, D.C. 20044 |
| twelty@sonnenschein.com | Telephone: (202) 616-0553 |
| | Facsimile: (202) 307-2504 |
| Terrell W. Oxford | Richard.G.Jacobus@usdoj.gov |
| State Bar No. 15390500 | |
| SUSMAN GODFREY LLP | David G. Adams |
| 901 Main Street, Suite 5100 | United States Department of Justice |
| Dallas, Texas 75202-3775 | Tax Division |
| Telephone: (214) 754-1900 | 717 North Harwood, Suite 400 |
| Facsimile: (214) 754-1933 | Dallas, Texas 75201 |
| toxford@susmangodfrey.com | Telephone: (214) 880-9737 |
| | Facsimile: (214) 880-9741 |
| ATTORNEYS FOR PLAINTIFF | David.G.Adams@usdoj.gov |
| SOUTHGATE MASTER FUND, LLC | |
| | ATTORNEYS FOR DEFENDANT |
| | THE UNITED STATES OF AMERICA |

# CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of November 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of the filing to the following:

Richard G. Jacobus, Esq.  
Senior Litigation Counsel  
United States Department of Justice  
Tax Division  
P.O. Box 403  
Ben Franklin Station  
Washington, D.C. 20044  

David G. Adams, Esq.  
United States Department of Justice  
Tax Division  
717 North Harwood  
Suite 400  
Dallas, Texas 75201  

ATTORNEYS FOR DEFENDANT  
THE UNITED STATES OF AMERICA

/s/ M. Todd Welty  
M. TODD WELTY